# Signature Student Loan
*Application and Promissory Note*
For Loan Applications Received by May 31, 2007

**SallieMae**

Academic Year 2006-2007
1-800-377-4310 | XS | 900977

## Section A: Borrower Information — Please read instructions before completing this section.

- Social Security Number: [redacted]
- Last Name and Suffix: MAREK
- First Name: TODD
- MI: A
- Permanent Address (No P.O. Boxes): 3618 Bernwood Pl. #42
- City: San Diego
- State: CA
- ZIP Code: 92130
- Permanent Phone Number: [redacted]
- Cellular Phone Number: [redacted]
- Time at Address: Years 12, Months 0
- Prior Address: 6117 Simpson Ave
- City: North Hollywood
- State: CA
- ZIP Code: 91606
- Address While in School: 1520 N. Vista St.
- City: Los Angeles
- State: CA
- ZIP Code: 90046
- Phone Number While in School: [redacted]
- Date of Birth: [redacted]
- Email Address: toddystyle@gmail.com
- Citizenship: a) U.S. Citizen [X]
- Have you ever defaulted on a student loan? No [X]
- Total Loan Amount Requested: $12,500.00
- Enrollment Period: From 03/07 To 10/07
- School Name: BROOKS INST OF PHOTOGRAPHY
- City: SANTA BARBARA
- State: CA
- Grade Level: 03
- Course of Study: FLM
- Current Outstanding Student Loan Debt: $100,000.00

**References:**

1) Last Name: Benis, First Name: Edna, Relationship: Relative, Email: n/a, Phone: [redacted], Alt Phone: n/a
2) Last Name: Busalachi, First Name: Mike, Relationship: Friend, Email: mike_busa@yahoo.com, Phone: [redacted], Alt Phone: n/a

## Section B: Cosigner Information — Please read instructions before completing this section.

- Social Security Number: [redacted]
- Last Name and Suffix: MAREK
- First Name: PAMELA
- MI: E
- Address (No P.O. Boxes): 3618 BERNWOOD PL #42
- City: SAN DIEGO
- State: CA
- ZIP Code: 92130
- Permanent Phone Number: [redacted]
- Cellular Phone Number: [redacted]
- Time at Residence: Years 0, Months 0
- Prior Address: (blank)
- Citizenship: a) U.S. Citizen [X]
- Date of Birth: [redacted]
- Have you ever defaulted on a student loan? No [X]
- Present Employer Name: (blank)
- Employer Address: 12325 KERRAN ST POWAY CA 92064
- Work Phone Number: [redacted]
- Gross Monthly Income: Salary $4,000.00, Other $ _____, Source _____
- Monthly Mortgage/Rent Amount: $1,200.00, Own [X] Rent [ ]
- Cosigner's Email Address: PMAREK@SAN.RR.COM

**References:**

1) Last Name: MORLEY, First Name: ANNE, Relationship to Cosigner: Friend, Email: AMORLEY@AMORLEYDESIGN.COM, Phone: [redacted], Alt Phone: [redacted]
2) Last Name: BENIS, First Name: EDNA, Relationship to Cosigner: Mother, Email: N/A, Phone: [redacted], Alt Phone: N/A

## Section C: Borrower and Cosigner Signature

**CAUTION — IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT. I, THE COSIGNER, HAVE READ THE APPLICABLE COSIGNER NOTICE.**

Notice to Customer (a) Do not sign this before you read the Promissory Note even if otherwise advised. (b) Do not sign this if it contains any blank spaces. (c) You are entitled to an exact copy of any agreement you sign. (d) You have the right at any time to pay in advance the unpaid balance due under this agreement and you may be entitled to a partial refund of the finance charge.

I declare that the information provided above is true and complete to the best of my knowledge and belief. I have read the Promissory Note accompanying this application and the Notice to Cosigner. Promise to pay: Jointly and severally with the other signers below, I promise to pay the lender or any other holder of this loan all sums disbursed under the terms of the Promissory Note, plus interest and all other charges that may become due. The terms and conditions set forth in the Promissory Note constitute the entire agreement between us.

- Borrower Signature: Todd A Marek (seal) Date: 03/12/2007
  0D3EF058B32B8137894612D6330ID2F1
- Cosigner Signature (if applicable): Pamela B Marek (seal) Date: 03/15/2007
  874ABBF9B4EB1221C2A29PCBAB2C418F

## Section D: School Certification — Must be completed by an authorized school official.

- School Name: BROOKS INST OF PHOTOGRAPHY
- School Code/Branch: 0011230000
- For the Enrollment Period (not to exceed 12 months):
  - From Date: 03/09/2007
  - To Date: 10/27/2007
- Grade Level: Undergraduate 1 2 ③ 4 5, Graduate A B C D
- Enrollment Status: Full-time [X] Half-time [ ]
- Course of Study: FLM
- Anticipated Graduation Date: (blank)
- Disbursements:
  1. $6,250.00
  2. $6,250.00
  3. $
  4. $
- Total Certified Amount: $

I hereby certify that the Borrower is eligible for a Signature Student Loan; that the Total Certified Amount does not exceed the student's cost of attendance minus other financial aid; that the School will, at the request of the lender, provide the lender with subsequent information regarding the Borrower's whereabouts; that this School will comply with all applicable loan policies and provisions; and that information provided in Sections A and B is true, complete and correct to the best of my knowledge and belief.

- Authorized school official Sign and date: _____
- Print or type name and title: _____
- Phone: _____

ONWLD_SWIS   Return Application To: Sallie Mae • PO Box 147023 • Gainesville, FL 32614-7023 (Copyright © Sallie Mae 2000-06)   App Code: ICEC0601   Prom Note Code: 1XSP0601

EXHIBIT F