# SETTLEMENT AGREEMENT
# AND
# RELEASE OF ALL CLAIMS

This Settlement Agreement and Release of All Claims is entered into by and between SALLIE MAE and ALLIANCE ONE RECEIVABLES MANAGEMENT, INC., releasors ("SALLIE MAE"), and EDNA BENIS, on behalf of herself and TODD MAREK, releasees ("BENIS-MAREK"), as follows:

WHEREAS, SALLIE MAE alleges that, in or about 2004, it made student loans to and/or on behalf of TODD MAREK in the principal amounts of Seven Thousand, Five Hundred, Twenty-Eight Dollars ($7,528) and Twenty-four Thousand, Five Hundred, Seventeen Dollars ($24,517), for a total principal amount of $32,045, under SALLIE MAE's account number 9078949244 and ALLIANCE ONE's accounts numbered 21126223 and 21126219 ("STUDENT LOANS");

WHEREAS, SALLIE MAE alleges that EDNA BENIS was a co-signer of the student loans made by SALLIE MAE on behalf of TODD MAREK;

WHEREAS, SALLIE MAE alleges that the total amount presently owing on both STUDENT LOANS is the sum of $44,720;

WHEREAS, BENIS-MAREK dispute the validity of the student loans and their signatory, but wish to resolve the claims alleged by SALLIE MAE against them;

NOW, THEREFORE, BENIS, on behalf of herself and TODD MAREK, agrees to pay the sum of Fourteen Thousand, Six Hundred Sixty-Seven Dollars ($14,667), as and for payment in full of the STUDENT LOANS, in consideration of which SALLIE MAE agrees to fully and forever release all claims against MAREK-BENIS for any monies owing on the STUDENT LOANS upon receipt of the payment offered by BENIS.

DATED: 9-18-09

SALLIE MAE

By: _Mary Kay Mauer_ (Signature)

MARY KAY MAUER / LITIGATION ASSISTANT
(Printed Name & Title)

DATED: 9/17/09

ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.

By: _[Signature]_
(Signature)

Matt Larson
Collection Manager
(Printed Name & Title)

**EXHIBIT G**