# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| EDNA BENIS, PAMELA SITES, TODD MAREK,<br><br>Plaintiffs,<br><br>-v-<br><br>SALLIE MAE, INC.; ALLIANCE ONE, INC.; WINDHAM PROFESSIONALS, INC., ALLIANCE ONE, INC., doing business as ALLIANCE ONE RECEIVABLES MANAGEMENT, INC., OXFORD MANAGEMENT SERVICES,<br><br>Defendants. | CASE NUMBER  CV 11 - 402 ODW (VBKx)<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF FIRST CAUSE OF ACTION ONLY AS TO ALLIANCE ONE, WINDHAM AND OXFORD<br><br>Complaint Filed:  October 6, 2010<br>Action Removed:  January 13, 2011<br>Trial Date:  May 22, 2012<br><br>Courtroom  11<br>District Judge:  Hon. Otis D. Wright |

The Court having considered the Stipulation and Request for Dismissal of the First Cause of Action of the Third Amended Complaint as to Defendants, Alliance One, Inc., doing business as Alliance One Receivables Management, Inc. ("Alliance One"), Windham Professionals, Inc. ("Windham"), and Oxford Management Services ("Oxford"), and

///

GOOD CAUSE APPEARING therefore,

IT IS ORDERED that the First Cause of Action for fraud, deceit and punitive damages of the Third Amended Complaint be dismissed with prejudice as to defendants, Alliance One, Windham and Oxford.

DATED: 10/25/11

*(signature)*

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

---

[Proposed] ORDER FOR DISMISSAL OF FIRST CAUSE OF ACTION AS TO ALLIANCE ONE, WINDHAM AND OXFORD