1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA BENIS, PAMELA MAREK SITES, TODD MAREK<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC.; ALLIANCE ONE, INC.; WINDHAM PROFESSIONALS, INC.; ALLIANCEONE, INC., dba ALLIANCEONE RECEIVABLE MANAGEMENT, INC.; OXFORD MANAGEMENT SERVICES,<br><br>Defendants. | Case No.  11-cv-402-ODW (VBKx)<br><br>[Assigned to the Hon. Otis D. Wright II]<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF DEFENDANT SALLIE MAE, INC. TO DISMISS FOR FAILURE TO STATE A CLAIM AND FAILURE TO PLEAD FRAUD WITH PARTICULARITY (109)<br><br>Hearing:<br>Date:  November 14, 2011<br>Time:  1:30 p.m.<br>Crtrm: 11<br><br>Action Filed:  November 30, 2010 |

LA 51470596

### [~~PROPOSED~~] ORDER

Having considered the Motion of defendant Sallie Mae, Inc. To Dismiss For Failure To State a Claim and Failure to Plead Fraud with Particularity (the "Motion"), the pleadings and papers filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** in its entirety:

1. The First Cause of Action against defendant Sallie Mae, Inc. for fraud and deceit is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 11-14-11

_____
The Honorable Otis D. Wright II
United States District Court Judge

LA 51470596