| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | LISA M. SIMONETTI (State Bar No. 165996) |
| 2 | MARCOS D. SASSO (State Bar No. 228905) |
| | 2029 Century Park East |
| 3 | Los Angeles, CA 90067-3086 |
| | Telephone: 310-556-5800 |
| 4 | Facsimile: 310-556-5959 |
| | Email: lacalendar@stroock.com |
| 5 | |
| 6 | Attorneys for Defendant |
| | SALLIE MAE, INC. |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA BENIS, PAMELA MAREK SITES, TODD MAREK, | Case No. CV-11-402-ODW-VBKx |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | [F.R.C.P. 41(a)(1)(ii)] |
| SALLIE MAE, INC.; ALLIANCE ONE, INC.; WINDHAM PROFESSIONALS, INC.; ALLIANCE ONE, INC., dba ALLIANCE ONE RECEIVABLE MANAGEMENT, INC.; OXFORD MANAGEMENT SERVICES, | [Assigned to the Hon. Otis D. Wright II] |
| Defendants. | |

LA 51509042

1  **IT IS HEREBY STIPULATED** by and between plaintiffs Edna Benis, Todd Marek and Pamela Marek Sites ("Plaintiffs") and Sallie Mae, Inc. ("Sallie Mae") that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Second Cause of Action for breach of contract against Sallie Mae shall be dismissed WITH PREJUDICE, with each party to bear their own costs.

**IT IS SO STIPULATED.**

Dated:  February 14, 2012        LEWIS LAW FIRM
                                 PATRICIA LEWIS

                                 By:     */s/ Patricia Lewis*
                                         PATRICIA LEWIS

                                 Attorneys for Plaintiffs
                                 EDNA BENIS, TODD MAREK &
                                 PAMELA MAREK SITES

Dated:  February 14, 2012        STROOCK & STROOCK & LAVAN LLP
                                 LISA M. SIMONETTI
                                 MARCOS D. SASSO

                                 By:     */s/ Marcos D. Sasso*
                                         Marcos D. Sasso

                                 Attorneys for Defendant
                                 SALLIE MAE, INC.

- 1 -

LA 51509042